UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

YELITZA PICON et al,

                                    Plaintiff,                          *Civil Action No.*

              -against-                                          **1:18-cv-07936-AJN**

BROOKLYN GASTROENTEROLOGY AND
ENDOSCOPY, PLLC

                                    Defendants.

-------------------------------------------------------X

## <u>NOTICE OF SETTLEMENT</u>

        PLEASE TAKE NOTICE that Plaintiff, YELITZA PICON, on behalf of herself and

others similarly situated, and Defendant, BROOKLYN GASTROENTEROLOGY AND

ENDOSCOPY, PLLC, hereby notify this Honorable Court that settlement has been reached in

the above-referenced case among all parties. The Parties are drafting the necessary documents

and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request

a 30-day order be issued.


        Dated: January 8, 2019



                                            By:_____
                                                Bradly G. Marks
                                                The Marks Law Firm, PC
                                                175 Varick Street, 3rd Fl
                                                New York, NY 10014
                                                T:(646) 770-3775